**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ANGELA D. PASSMORE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 2:15-cv-01296-JAD-VCF<br><br>**ORDER** |

Before the court are Defendant's Unopposed Motion for Leave to File Out of Time (ECF No. 17) and Unopposed Motion for Exception to Settlement Conference (ECF No. 18).

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to File Out of Time (ECF No. 17) and Unopposed Motion for Exception to Settlement Conference (ECF No. 18) are GRANTED.

Troy Flake, Esq. may participate in the settlement conference as the sole settlement representative for the Government.

DATED this 15th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE