DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *troy.flake@usdoj.gov*

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA D. PASSMORE,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 2:15-cv-01296-JAD-VCF<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION AND ORDER**<br>**(FIRST REQUEST)** |

On July 28, 2016, the parties in this matter participated in a settlement conference that resulted in agreement to settle this case. The Court ordered that the parties file a proposed stipulation and order for dismissal on or before September 27, 2016. ECF #20.

Since that time, the parties have worked diligently to finalize a settlement agreement and process payment. A final settlement agreement has been executed by all parties. However, due to unavoidable delays, payment pursuant to the settlement agreement is still in process.

Accordingly, the parties respectfully request an additional 30 days to October 27, 2016, to file the proposed stipulation and order for dismissal. This extension is sought in good faith and not for purposes of delay.

Respectfully submitted this 26th Day of September, 2016.

                                        DANIEL G. BOGDEN
                                        United States Attorney

 */s/ Jacob S. Smith*                    */s/ Troy K. Flake*
JACOB S. SMITH                          TROY K. FLAKE
HENNESS & HAIGHT, LLC                   Assistant United States Attorney
*Attorney for Plaintiff*                *Attorneys for the United States*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-27-2016