DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *troy.flake@usdoj.gov*

*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA D. PASSMORE,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. 2:15-cv-01296-JAD-VCF<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION AND ORDER**<br>**(SECOND REQUEST)** |

On July 28, 2016, the parties in this matter participated in a settlement conference that resulted in agreement to settle this case. The Court ordered that the parties file a proposed stipulation and order for dismissal on or before September 27, 2016. ECF #20. On September 27, 2016, the Court granted the parties' request for a further 30 days to October 27, 2016, for the parties to file the dismissal documents. ECF #22.

A final settlement agreement has been executed by all parties. Despite the good faith efforts of all parties, a processing error resulted in an attempted payment from the US Treasury being returned. Counsel for the United States has been informed that Treasury is reprocessing the payment.

//

//

//

1

Accordingly, the parties respectfully request an additional 14 days to November 10, 2016, to file the proposed stipulation and order for dismissal. This extension is sought in good faith and not for purposes of delay.

Respectfully submitted this 27th Day of October, 2016.

                                      DANIEL G. BOGDEN
                                      United States Attorney

*/s/ Jacob S. Smith*                  */s/ Troy K. Flake*
JACOB S. SMITH                   TROY K. FLAKE
HENNESS & HAIGHT, LLC     Assistant United States Attorney
*Attorney for Plaintiff*              *Attorneys for the United States*

IT IS SO ORDERED.

_____
United States Magistrate Judge

10-31-2016

2