DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *troy.flake@usdoj.gov*

*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA D. PASSMORE,<br><br>         Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | Case No. 2:15-cv-01296-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

It is hereby stipulated and agreed, by and between Plaintiff Angela Passmore by and through her attorney of record, Jacob S. Smith, Esq. of Henness & Haight, LLC, and Defendant United States, by and through its attorney of record, Troy K. Flake, Esq. of the United States Attorney's Office, that any and all claims made in the above-captioned matter be dismissed with prejudice, each party to bear its own fees and costs.

Respectfully submitted this 8th day of November, 2016.

                                                    DANIEL G. BOGDEN
                                                    United States Attorney

 */s/ Jacob S. Smith*                                 */s/ Troy K. Flake*
JACOB S. SMITH                                       TROY K. FLAKE
HENNESS & HAIGHT, LLC                                Assistant United States Attorney
*Attorney for Plaintiff*                             *Attorneys for the United States*


IT IS SO ORDERED.

_____
United States District Judge

DATED this 14th day of November, 2016.